<strong>ALBANY,</strong><br>Oct. 1826.<br><br>Anonymous.

Motion denied.

---

### ANONYMOUS.

J. A. COLLIER, for the defendant, moved to change the venue in this cause, on the ground that a greater number of witnesses resided in the county to which he sought to change it, than in the county where the venue was laid.

*H. Stephens,* contra, objected that the affidavit upon which the motion was founded did not name the witnesses ; nor state that, as the defendant was advised by counsel, and believed, he could not proceed to trial without their testimony.

*Curia.* For both reasons, the motion must be denied. Owing to the looseness of the practice in these respects, heretofore, parties have taken very great latitude in stating the number of witnesses on both sides. We think it proper to require that they should not only name their witnesses ; but we now require them to swear that, as they are advised by counsel, and believe, they cannot safely proceed to trial, without each of the witnesses named.

*Marginal note:* The affidavit for a motion to change the venue, must state the names of the witnesses. And also, that, as the party is advised by counsel, and believes, he cannot safely proceed to trial without the testimony of each of them.

Motion denied with costs.